# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO: 8:12-cr-390-CEH-JSS

KEVIN LAMAR DAVIS

_____

## FINAL REVOCATION HEARING

Pursuant to the Report On Initial Appearance for Violation of Supervised Release of the United States Magistrate Judge (Doc.128), entered October 26, 2022, a Final Revocation Hearing was previously scheduled for December 2, 2022 at 10:00 AM before the undersigned and will proceed as scheduled.

**DONE and ORDERED** in Tampa, Florida this 15th day of November 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services